Krist Kristoff, appellant, v. Bill Kristopolus, appellee.

Opinion filed June 9, 1932. Rehearing denied August 4, 1932.

Ferdinand Tunnell, for appellant. Henry B. Eaton, for appellee.

Mr. Justice Edwards delivered the opinion of the court.

Marie Kilgrove, appellee, v. Protective Mutual Benefit Association of Sparta, Illinois, appellant.

Opinion filed June 9, 1932.

George W. Dowell, for appellant. Wilbert F. Ebers and John W. Tweed, for appellee.

Mr. Justice Edwards delivered the opinion of the court.

Allis-Chalmers Manufacturing Company, appellee, v. Town of Blairsville, appellant.

Opinion filed June 9, 1932.

J. Roy Browning, for appellant. Neely & Cook, for appellee.

Mr. Justice Edwards delivered the opinion of the court.

Earl D. Amsler, receiver of the Merchants State Bank, appellee, v. Robert E. Tate et al., appellants.

Opinion filed June 9, 1932.

Wilson & Wilson, for appellants. R. J. Branson and June C. Smith, for appellee.

Mr. Justice Edwards delivered the opinion of the court.

Walter J. Schildroth, appellee, v. Terminal Railroad Association of St. Louis, appellant.

Opinion filed June 9, 1932.

Kramer, Campbell, Costello & Wiechert, for appellant; T. M. Pierce and J. L. Howell, of counsel. Ralph Cook and H. H. Patterson, for appellee.

Mr. Justice Fulton delivered the opinion of the court.